IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BACON,

      Petitioner,                        No. CIV S-09-3361 DAD P

    vs.

JAMES D. HARTLEY, Warden,

      Respondent.                   ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the Board of Parole Hearings' 2008 decision to deny him parole. Petitioner has not paid the required filing fee or filed a request to proceed in forma pauperis.

        If a petition for writ of habeas corpus is directed to the manner in which a sentence is being executed, the district of confinement is the preferable forum. Petitioner is currently confined at Avenal State Prison in Kings County. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

1

1  division of the court.  Therefore, this action will be transferred to the Fresno Division of the
2  court.
3          Good cause appearing, IT IS HEREBY ORDERED that:
4          1. This action is transferred to the United States District Court for the Eastern
5  District of California sitting in Fresno; and
6          2. All future filings shall reference the new Fresno case number assigned and
7  shall be filed at:
8          United States District Court
        Eastern District of California
9          2500 Tulare Street
        Fresno, CA 93721
10
11  DATED: December 10, 2009.
12
13          _____
        DALE A. DROZD
14         UNITED STATES MAGISTRATE JUDGE
15  DAD:9:mp
  baco3361.109