# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BACON,<br><br>            Petitioner,<br><br>    v.<br><br>JAMES D. HARTLEY, Warden<br><br>            Respondent.<br>_____ / | 1:09-cv-02159-LJO-DLB (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT TRANSCRIPT OF THE BOARD OF PAROLE HEARINGS' AUGUST 25, 2008 HEARING<br><br>[Doc. 13] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Respondent filed an answer to the petition on March 29, 2010, and Petitioner filed a traverse on June 14, 2010. Respondent did not submit a copy of transcript of the Board of Parole Hearings' August 25, 2008, which is at issue in the instant petition. Accordingly, it is HEREBY ORDERED that within twenty (20) days from the date of service of this order, Respondent shall submit a copy of the transcript of the August 25, 2008, parole hearing.

IT IS SO ORDERED.

Dated:   **December 8, 2010**            **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1